1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   ROBERT J. STUMPF, JR., Cal. Bar No. 72851
3    rstumpf@sheppardmullin.com
   STEVEN WINICK, Cal. Bar No. 160815
4    shwinick@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:     415-434-9100
6  Facsimile:     415-434-3947

7  Attorneys for Defendants SKYWIRE
   HOLDINGS, LLC, and DONALD BRAUN
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | ORACLE CORPORATION, a Delaware corporation, | Case No. 08 5702 CRB
13 |                                              | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO CONSOLIDATE**
14 |              Plaintiff,                      |
15 |       v.                                     |
16 | SKYWIRE HOLDINGS, LLC, a Delaware limited liability company, and DONALD BRAUN, SELLER REPRESENTATIVE, an individual, | Hearing date: Friday, June 19, 2009
17 |                                              | Time:         10:00 a.m.
   |                                              | Dept.:        8
   |                                              | Judge:        The Honorable Charles R. Breyer
18 |              Defendants.                     | [Complaint Filed: November 18, 2008]

21 | ORACLE USA, Inc.                             | Case No. 09-01339 CRB
22 |              Plaintiffs,                     |
23 |       v.                                     |
24 | HCC SPECIALTY INSURANCE COMPANY,             |
25 |                                              |
26 |              Defendants.                     |

1   Pursuant to Local Rule 7-7(b)(1), the parties hereto stipulate to continue the
2   hearing date on defendants Skywire Holdings, LLC, and Donald Braun's (collectively
3   "Defendants") motion to consolidate from June 19, 2009 to July 10, 2009 at 10:00 a.m.
4   The reason for the continuance is that a tentative settlement has been reached
5   in Oracle USA v. HCC Specialty Insurance Company, case no. 09-01339 CRB (the
6   "Second Action").  Because this action is one of the two actions Defendants sought to
7   consolidate, the settlement makes Defendants' motion to consolidate moot.  The parties to
8   the Second Action intend to document and finalize their settlement by the end of June.  If
9   the Second Action is not dismissed by that date, Defendants intend to move forward with
10  their motion.

12  Dated:  June 4, 2009

            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

            By          /s/
                ROBERT J. STUMPF, JR.
                STEVEN H. WINICK

            Attorneys for Defendants SKYWIRE HOLDINGS,
            LLC, and DONALD BRAUN

20  Dated:  June 4, 2009

            HOLME ROBERTS & OWEN

            By          /s/
                MERYL MACKLIN

            Attorneys for PLAINTIFFS ORACLE
            CORPORATION and ORACLE USA

-1-

1  Dated:  June 4, 2009

2                                      NIXON PEABODY LLP

3

4                                      By                          /s/

5                                                                  /s/
                                       ─────────────────────────────────
6                                         DONALD E. DORFMAN

7                                      Attorneys for Defendants HCC SPECIALTY
                                       INSURANCE COMPANY
8

9

10                                     [~~PROPOSED~~] ORDER

11         IT IS HEREBY ORDERED THAT the hearing date on defendants Skywire

12  Holdings, LLC, and Donald Braun's (collectively "Defendants") motion to consolidate is

13  continued from June 19, 2009 to July 10, 2009 at 10:00 a.m.

14

15  Dated:    June 5, 2009

16

17
                                       ─────────────────────────────────
18                                        CHARLES R. BREYER
                                          Judge of the United States District Court
19

*IT IS SO ORDERED*
*Judge Charles R. Breyer*