SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
  rstumpf@sheppardmullin.com
STEVEN WINICK, Cal. Bar No. 160815
  shwinick@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendants SKYWIRE
HOLDINGS, LLC, and DONALD BRAUN

JOEL W. REESE  (appearance *pro hac vice*)
  jreese@winstead.com
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
Telephone:    214-745-5400
Facsimile:    214-745-5390

Attorneys for Defendants SKYWIRE
HOLDINGS, LLC, and DONALD BRAUN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, <br><br>        Plaintiff,<br><br>   v.<br><br>SKYWIRE HOLDINGS, LLC, a Delaware limited liability company, and DONALD BRAUN, SELLER REPRESENTATIVE, an individual,<br><br>        Defendants. | Case No. 08 5702 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Hearing date:  Friday, July 10, 2009<br>Time:          10:00 a.m.<br>Dept.:         8<br>Judge:         The Honorable Charles R. Breyer<br><br>[Complaint Filed:  November 18, 2008] |
| ORACLE USA, Inc.<br><br>        Plaintiffs, | Case No. 09-01339 CRB |

1 | v.
2 | HCC SPECIALTY INSURANCE COMPANY,
3 |
4 |                       Defendants.

1    Trial in this action is currently scheduled for November 2, 2009.  For
2 purposes of pre-trial scheduling, the parties hereby stipulate as follows:
3    (1) The deadline for initial expert disclosures pursuant to Rule 26(a)(2)
4 (C)(i) of the Federal Rules of Civil Procedure shall be Friday, September 11, 2009;
5    (2) The deadline for rebuttal expert disclosures pursuant to Rule
6 26(a)(2)(C)(ii) of the Federal Rules of Civil Procedure shall be Friday, September 25,
7 2009;
8    (3) The deadline to complete non-expert discovery shall be September 30,
9 2009; and
10    (4) The deadline to complete expert discovery shall be October 9, 2009.

Dated: July 13, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/Steven H. Winick*
ROBERT J. STUMPF, JR.
STEVEN H. WINICK

Attorneys for Defendants SKYWIRE HOLDINGS, LLC, and DONALD BRAUN

Dated: July 13, 2009

HOLME ROBERTS & OWEN LLP

By      */s/Meryl Macklin*
MERYL MACKLIN
ADAM BREZINE

Attorneys for Plaintiff ORACLE CORPORATION

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED the pre-trial discovery schedule stipulated to by the parties is adopted.

Dated:  July 14, 2009

_____
CHARLES R. BREYER
Judge of the United States District Court



-2-