MERYL MACKLIN (CA State Bar No. 115053)
ADAM BREZINE (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

DEBORAH MILLER (CA State Bar No. 95527)
JEFFREY S. ROSS (CA State Bar No. 138172)
ORACLE USA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone:   (650) 506-5200
Facsimile:    (650) 506-7114

Attorneys for Plaintiff ORACLE CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYWIRE HOLDINGS, LLC, a Delaware limited liability company, and DONALD BRAUN, SELLER REPRESENTATIVE, an individual,<br><br>Defendants. | CASE NO. 08-5703 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER PRECLUDING DEPOSITION OF ERIC BALL**<br><br>**Hearing Date: September 16, 2009**<br>**Time:  2:30 p.m.**<br>**Courtroom No. C**<br>**Judge: Hon. Edward M. Chen** |

1
Stipulation and [Proposed] Order to Continue Hearing on Plaintiff's Motion for Protective Order
Oracle Corporation v. Skywire Holdings and Donald Braun
Case No. 08-5702 CRB

#46544v1 saf

Plaintiff Oracle Corporation and Defendants Skywire Holdings LLC and Donald Braun hereby stipulate that the hearing on Oracle's Motion for Protective Order Precluding Deposition of Eric Ball shall be continued from September 16, 2009, to September 30, 2009, at 10:30 a.m. before the Honorable Edward M. Chen.

Dated: September 15, 2009

HOLME ROBERTS & OWEN LLP

By: s/ Meryl Macklin
Meryl Macklin
Adam Brezine
Attorneys for ORACLE CORPORATION

Dated: September 15, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: s/ Steven Winick
Steven Winick
Attorneys for SKYWIRE HOLDINGS, LLC and DONALD BRAUN

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the hearing on Oracle's Motion for Protective Order to Preclude Deposition of Eric Ball shall be continued from September 16, 2009, to September 30, 2009, at 10:30 a.m.

Dated: September 15, 2009

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation and [Proposed] Order to Continue Hearing on Plaintiff's Motion for Protective Order
Oracle Corporation v. Skywire Holdings and Donald Braun
Case No. 08-5702 CRB

#46544v1 saf