MERYL MACKLIN (CA State Bar No. 115053)
ADAM BREZINE (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

DEBORAH MILLER (CA State Bar No. 95527)
JEFFREY S. ROSS (CA State Bar No. 138172)
ORACLE USA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone:   (650) 506-5200
Facsimile:    (650) 506-7114

Attorneys for Plaintiff ORACLE CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYWIRE HOLDINGS, LLC, a Delaware limited liability company, and DONALD BRAUN, SELLER REPRESENTATIVE, an individual,<br><br>Defendants. | 5702 CRB<br>CASE NO. 08-~~5703~~ CRB<br><br>**STIPULATION RE SETTLEMENT AND HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND TO STRIKE JURY DEMAND; [~~PROPOSED~~] ORDER**<br><br>**Hearing Date:** September 25, 2009<br>**Hearing Time:** 10:00 a.m.<br>**Courtroom:**        8<br>**Judge:**        Hon. Charles R. Breyer |

1
Stipulation for Dismissal
Oracle Corporation v. Skywire Holdings and Donald Braun
Case No. 08-5702 CRB

#46676v1 saf

Plaintiff Oracle Corporation and Defendants Skywire Holdings LLC and Donald Braun (collectively, the "Parties"), have agreed on a settlement of this matter, and have documented the settlement. The resolution of this matter involves a payment of funds currently held in an escrow account at Wells Fargo Bank, and so, even though the escrow instructions have been completed and sent to Wells Fargo, the Parties do not know exactly when the payment will be made. Payment may not be made before the hearing on Oracle's Motion for Summary Judgment and Motion to Strike Jury, which is scheduled for September 25, 2009. Once payment has been made, the Parties will file a stipulation for dismissal.

The Parties therefore jointly request that the Court take off calendar the hearings on Oracle's Motion for Summary Judgment and Motion to Strike Jury, and Defendants' companion Motion to Strike Declaration of Jeffrey Ross.

Dated: September 23, 2009				HOLME ROBERTS & OWEN LLP


							By:	s/ Meryl Macklin
								Meryl Macklin
								Adam Brezine
								Attorneys for ORACLE CORPORATION


Dated: September 23, 2009				SHEPPARD MULLIN RICHTER & HAMPTON LLP


							By:	s/Steven Winick
								Steven Winick
								Robert Stumpf
								Attorneys for SKYWIRE HOLDINGS, LLC

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Good cause appearing therefor, |
| 3 | IT IS HEREBY ORDERED that Plaintiff Oracle Corporation's Motion for Summary |
| 4 | Judgment and Motion to Strike Jury Demand, and Defendants' Motion to Strike, each of which is set |
| 5 | for hearing on September 25, 2009, are hereby taken off calendar. |

Dated: September 24, 2009

_____
Hon. Charles R. Breyer
United States District Judge