MERYL MACKLIN (CA State Bar No. 115053)
ADAM BREZINE (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

DEBORAH MILLER (CA State Bar No. 95527)
JEFFREY S. ROSS (CA State Bar No. 138172)
ORACLE USA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiff ORACLE CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation,<br>                    Plaintiff,<br>    v.<br>SKYWIRE HOLDINGS, LLC, a Delaware limited liability company, and DONALD BRAUN, SELLER REPRESENTATIVE, an individual,<br>                    Defendants. | CASE NO. 08-5702 CRB<br>  ORDER<br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM**<br><br>**Judge: Hon. Charles R. Breyer** |

1  Pursuant to Federal Rule of Civil Procedure 41(a) and (c), Plaintiff and Counterdefendant
2  Oracle Corporation and Defendants and Counterclaimants Skywire Holdings LLC and Donald Braun
3  hereby stipulate that the Complaint and Counterclaim in this action shall be dismissed with
4  prejudice, with each party to bear its own costs and fees.

Dated:  September 24, 2009                HOLME ROBERTS & OWEN LLP

By:  s/ Meryl Macklin
     Meryl Macklin
     Adam Brezine
     Attorneys for ORACLE CORPORATION

Dated:  September 24, 2009                SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:  s/ Steven Winick
     Steven Winick
     Robert Stumpf
     Attorneys for SKYWIRE HOLDINGS, LLC

Dated:  September 25, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA